UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SANFORD DOSS, | ) | CASE NO. 1:23-cv-504 |
| | ) | |
| | ) | CHIEF JUDGE SARA LIOI |
| PETITIONER, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **MEMORANDUM OPINION** |
| WARDEN KEITH FOLEY, | ) | |
| | ) | |
| | ) | |
| RESPONDENT. | ) | |

Before the Court is the report and recommendation ("R&R") of Magistrate Judge Amanda M. Knapp in the above-entitled action. (Doc. No. 15.) Under the relevant statute:

> [. . .] Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C). In this case, the fourteen-day period has elapsed and no objections have been filed by petitioner Sanford Doss. The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the Magistrate Judge's R&R and agrees with its recommendation to dismiss Ground One as non-cognizable on federal habeas review, and dismiss Grounds Two, Three and Four as procedurally defaulted. (*See* Doc. No. 15, at 2.) The R&R is hereby ADOPTED

and petitioner's Writ of Habeas Corpus (Doc. No. 1) is DENIED in its entirety. Furthermore, the Court CERTIFIES that an appeal from this decision could not be taken in good faith and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

Dated: October 29, 2025

**HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT**